```
FILED
April 4, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,                         )<br>v.                                                   )<br>                                                          )<br>JOEL NATHAN WARD,                    )<br>                                                          )<br>            Defendant.                     ) | Case No. Mag 07-0097 EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Joel Nathan Ward, Case No. Mag 07-0097 EFB, Charge Title 18 USC §§ 1343; 1957(a), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __   Release on Personal Recognizance

  X   Bail Posted in the Sum of $ _125,000.00_

  X   Unsecured Appearance Bond

  __   Appearance Bond with 10% Deposit

  __   Appearance Bond with Surety

  __   Corporate Surety Bail Bond

  X   (Other) _with Pretrial Services Supervision of conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _April 4, 2007_ at _3:10 pm_.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal